# United States District Court
# For The Western District of North Carolina
# Asheville Division

Virgil Hoss Flowers,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                               1:11cv292

Susan White, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/30/2012 Order.

Signed: October 1, 2012

Frank G. Johns, Clerk
United States District Court